IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 2 3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:23 CR 00451 |
| NATHAN A. JOLLY, ) ) | Title 18, United States Code, Section 922(a)(6) |
| Defendant. ) | JUDGE POLSTER |

COUNT 1
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1.  On or about April 9, 2022, in the Northern District of Ohio, Eastern Division, Defendant NATHAN A. JOLLY, in connection with the acquisition of a firearm, to wit: a FN, model 509, 9mm pistol, Serial Number GKS0291255, from Fin Feather and Fur Outfitters, located at 18030 Bagley Road, Middleburg Heights, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that he was the actual buyer of said firearm, when in fact, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant NATHAN A. JOLLY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.